

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00175-CR

**REGINALD KEITH THOMAS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2014-290-C1**

## O R D E R

Appellant requests leave to file only an original copy of his "brief" in response to a motion to withdraw and a supporting *Anders* brief in this appeal. Appellant requests that we use Rule 2 of the Texas Rules of Appellate Procedure to suspend Rule 9.3(b) of the Texas Rules of Appellate Procedure. Rule 9.3(b) does not apply to an intermediate court of appeals, such as this Court, but rather to the Texas Supreme Court and Court of Criminal Appeals. *See* TEX. R. APP. P. 9.3(b). Additionally, appellant need not file a formal brief but only a response to counsel's motion to withdraw and *Anders* brief as we

explained in our previous order issued on January 23, 2019. Nevertheless, understanding the fundamental request being made, appellant's Pro se Motion Requesting Leave to File an Original Copy Only of the Brief is granted in part. Appellant is required to file only the original of the response.

The Court's ruling does not, however, suspend the requirement for appellant to serve a copy of the response on each party to the appeal. *See id*. 9.5.

PER CURIAM

Before Chief Justice Gray, and
     Justice Davis
Motion granted in part
Order issued and filed February 6, 2019

